UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANA DRAY MCCANN,                    )
              Petitioner             )
                                     )
        v.                           ) C.A. 06-30205-MAP
                                     )
UNITED STATES OF AMERICA,            )
              Respondent             )

MEMORANDUM AND ORDER REGARDING MOTION FOR
CERTIFICATE OF APPEALABILITY
(Dkt. No. 20)

February 29, 2008

PONSOR, D.J.

    Petitioner filed this action pursuant to 28 U.S.C. §
2255, seeking to set aside his 105-month sentence for mail
fraud, wire fraud, and engaging in monetary transactions with
criminally derived funds.  On January 3, 2008, the court
issued a Memorandum and Order dismissing the petition.

    Petitioner has now filed a Motion for a Certificate of
Appealability.  For the reasons set forth in the court's
January 3, 2008 memorandum, this motion is hereby DENIED.  As
the court's memorandum indicates, there simply has not been
any substantial showing of the denial of a Constitutional
right.  Petitioner has not raised issues that are debatable
among jurists of reason, in the sense that some other court
could resolve these issues in a manner different than I did on
January 3, 2008.  Unfortunately for Petitioner, his petition
simply does not raise questions which deserve encouragement to

proceed further on appeal.

Accordingly, the Motion for Certificate of Appealability is hereby DENIED.  This case can now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge